UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FIRST STATE INSURANCE COMPANY,<br>Plaintiff | ) <br> ) <br> ) | CIVIL ACTION<br>NO.: 2:16-cv-01822 |
| VS. | ) <br> ) | |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, COLUMBIA CASUALTY COMPANY, CONTINENTAL INSURANCE ) COMPANY (successor-in-interest) to Harbor Insurance Company), FEDERAL INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, GRANITE STATE INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, SWISS REINSURANCE AMERICA CORPORATION), FERGUSON ENTERPRISES, INC. (successor-in-interest to Familian Corporation) and DOE INSURERS 1 through 10 | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants | ) | DECEMBER 20, 2016 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1(a), Defendant SWISS REINSURANCE AMERICA CORPORATION, by and through the undersigned counsel, hereby certifies the following information:

Swiss Reinsurance America Corporation is wholly owned by Swiss Re America Holding Corporation. Swiss Re America Holding Corporation is wholly owned by Swiss Re Reinsurance Holding Company Ltd. Swiss Re Reinsurance Holding Company Ltd is wholly owned by Swiss Reinsurance Company Ltd, which is wholly owned by Swiss Re Ltd, a publicly traded company

1

listed in accordance with the International Reporting Standard on the SIX Swiss Exchange. No publicly traded company owns 10% or more of the stock of Swiss Re Ltd.

Respectfully submitted, this 20th day of December, 2016.

**DEFENDANT, SWISS REINSURANCE AMERICA CORPORATION**

By _____
Paul G. Roche, Federal Bar No. CT 27130
LITCHFIELD CAVO LLP
Its Attorneys
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089-9694
Phone: (860) 413-2713
Fax: (860) 413-2801
roche@litchfieldcavo.com

## CERTIFICATION OF SERVICE

I hereby certify that on December 20, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Paul G. Roche