**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FIRST STATE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FERGUSON ENTERPRISES, INC.<br>(successor-in-interest to Familian<br>Corporation), et al.,<br><br>　　　　　　Defendants. | Civil Action No. 2:16-cv-01822 |

**DECLARATION OF JEFFREY L. SCHULMAN IN SUPPORT OF DEFENDANT FERGUSON ENTERPRISES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE SWISS RE POLICY'S LIMITS OF LIABILITY**

　　　I, Jeffrey L. Schulman, hereby certify as follows:

　　　1.　　I am a partner with the law firm of Pasich LLP, counsel for Ferguson Enterprises, Inc. (successor-in-interest to Familian Corporation) ("Ferguson") in the above-captioned matter.  As such, I am competent to testify to the following facts and have personal knowledge of the truth of the matters set forth herein.  I submit this Declaration in support of Ferguson's Motion for Partial Summary Judgment and Local Rule 56(a)1 Statement of Undisputed Material Facts.

　　　2.　　Attached hereto as Exhibit A is a true and correct copy of Forum Insurance Company ("Swiss Re") policy number UB-100963 as it is maintained by Ferguson.  This document was transmitted by email to Swiss Re's counsel on April 10, 2017.

　　　3.　　Attached hereto as Exhibit B is a true and correct copy of Swiss Re's Initial Disclosures dated February 28, 2017.

137615

2

4. On or about April 10, 2017, I telephonically advised Swiss Re's counsel that the policy documents attached to its Initial Disclosures was not the Swiss Re Policy it sold to Familian.

5. Attached hereto as Exhibit C is a true and correct copy of an email from counsel for Swiss Re to the undersigned dated April 20, 2017.

6. Attached hereto as Exhibit D is a true and correct copy of an email from counsel for Swiss Re to the undersigned dated May 19, 2017.

7. Attached hereto as Exhibit E is a true and correct copy of Swiss Re's Revised Initial Disclosures dated May 10, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 8th day of January, 2018, at New York, New York.

                                                  ___/s/ Jeffrey L. Schulman_____
                                                           Jeffrey L. Schulman

## **CERTIFICATION**

I hereby certify that on the 8th day of January, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                          /s/ Jeffrey L. Schulman
                          Jeffrey L. Schulman

137615