**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| FIRST STATE INSURANCE COMPANY, | : |
| | : Civil Action No. 2:16-cv-01822 |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| FERGUSON ENTERPRISES, INC. | : |
| (successor-in-interest to Familian | : |
| Corporation), et al., | : |
| | : |
| Defendants. | : |
| | : |

**DEFENDANT FERGUSON ENTERPRISES, INC.'S**
**LOCAL RULE 56(a)1 STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 56(a)1, Defendant Ferguson Enterprises, Inc. (successor-in-interest to Familian Corporation) ("Ferguson"), submits this Local Rule 56(a)1 Statement of Undisputed Material Facts as to which there are no genuine issues to be tried:

1.      Swiss Reinsurance America Corporation (formerly known as Forum Insurance Company) ("Swiss Re") sold Policy No. UB-100963 to Familian with a policy period of December 18, 1984 to April 1, 1986 ("Swiss Re Policy"). *See* Declaration of Jeffrey L. Schulman, dated January 8, 2018 ("Schulman Decl.") ¶ 2, Ex. A.

2.      The Swiss Re Policy obligates Swiss Re "to pay on behalf of the insured the ultimate net loss in excess of the retained limit[.]" *Id*. Insuring Agreement § 1.

3.      The Retained Limit – Limit of Liability provision of the Swiss Re Policy states in pertinent part: "There is no limit to the number of occurrences during the policy period for which claims may be made, except that the liability of the company arising out of the products hazard on

137617

account of all occurrences during each policy year shall not exceed the aggregate limited amount stated in Item 6(B) of the declarations." *Id.*

4.      The phrases "policy period" and "each policy year" are undefined in the Swiss Re Policy. *Id.*

5.      The policies identified in the Schedule of Underlying Insurance have policy periods of December 18, 1984 to December 18, 1985. *Id.* Schedule of Underlying Insurance.

6.      The Swiss Re Policy initially had a total premium payment of $51,400 to be paid in installments on December 18, 1984 and April 1, 1985. *Id.* Declarations, Item 7; End. 3.

7.      Swiss Re subsequently included an endorsement stating as follows:

> In consideration of the additional premium charged of $40,000., it is
>
> hereby understood and agreed that the premium due for the period
>
> April 1, 1985-86 is amended to $80,000. annual.

Schulman Decl. ¶ 3, Ex. B, End. 4.

8.      Endorsement 4 was subsequently amended to provide the annual premium for this same period to increase to "$90,000.00 annual" in consideration of $50,000 in additional premiums. *Id.*

Dated:  New York, New York
      January 8, 2018

**PASICH LLP**

By:   /s/ Jeffrey L. Schulman
      Jeffrey L. Schulman (PHV 07184)
      757 Third Avenue, 20th Floor
      New York, New York 10017
      Telephone: (212) 686-5000
      Email:  jschulman@pasichllp.com

2

137617

-and-

 Eric M. Grant (CT13594)
Yamin & Grant, LLC
83 Bank Street
Waterbury, Connecticut 06702
Telephone: (203) 574-5175
Facsimile: (203) 573-1131
Email: egrant@yamingrant.com

*Attorneys for Defendant*
*Ferguson Enterprises, Inc.*

137617

**<u>CERTIFICATION</u>**

I hereby certify that on the 8th day of January, 2018, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's

electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the

Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


                                           /s/ Jeffrey L. Schulman
                                           Jeffrey L. Schulman

137617